In the MATTER OF the PETITION
OF Pernell STROMAN-BEY for
a Writ of Habeas Corpus

No. 328, 2016

Supreme Court of Delaware.

Submitted: July 6, 2016
Decided: August 25, 2016

AFFIRMED.